UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BELEN HAM,<br><br>    Plaintiff,<br><br>    v.<br><br>DE WAFELBAKKERS, LLC,<br><br>    Defendant. | Case No. 14-cv-01462-JST<br><br>**ORDER DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION**<br><br>Re: ECF No. 27. |

In light of Plaintiff's response to the Court's Order to Show Cause, acknowledging that the requisite amount in controversy is not satisfied, this action is hereby DISMISSED for lack of subject-matter jurisdiction. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 21, 2014

_____
JON S. TIGAR
United States District Judge